# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
APR 4 2014
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**CoBank, ACB** )
Plaintiff )
)
vs. ) Case Number: 12-1182
)
)
**Robert Printz** )
Defendant

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered against Robert Printz and in favor of CoBank, ACB in the amount of 44,602,983.59, plus pre judgment interest from and after June 8, 2012, post-judgment interest at the statutory rate, and costs of suit.

Dated: 4/4/14

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court